**Order filed November 4, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00546-CV
_____

**DI ANGELO PUBLICATIONS, INC., Appellant**

**V.**

**JENTRY KELLY, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-80674-B**

## ORDER

This is an appeal from an order signed July 7, 2020. The clerk's record was filed October 26, 2020.

Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- Plaintiff's Objections to Defendant's Offered Summary Judgment Evidence and Plaintiff's Notice to the Court of Rule 13 Violations filed November 4, 2019

- Order on Plaintiff's Summary Judgment Objections signed November 4, 2019

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 15, 2021**, containing the above listed documents.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.